UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH OUTTEN, | ) | No. CV 13-00230-JVS (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| A. DILLEN, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Third Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Court (1) accept the findings of the United States Magistrate Judge, (2) grant in part Defendants' Motion to Dismiss with respect to dismissing Defendant Dr. Barber and

//
//
//
//
//

deny the Motion to Dismiss with respect to dismissing Defendant Dr. Dillen; and (3) order Defendant Dr. Dillen to file an Answer to the Third Amended Complaint within 30 days of the date of this Order.

DATED: September 12, 2014

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE