UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KENNETH OUTTEN,                    )   No. CV 13-00230-JVS (VBK)
                                   )
              Plaintiff,           )   JUDGMENT
                                   )
     v.                            )
                                   )
A. DILLEN, et al.,                 )
                                   )
              Defendants.          )
_____    )

    Pursuant to the Order of the Court approving the recommendations
of the United States Magistrate Judge, and adopting the same as the
facts and conclusions of law herein,

    **IT IS ADJUDGED** that Judgment be entered dismissing Defendant Dr.
Barber from this action.


DATED: September 12, 2014          _____
                                   JAMES V. SELNA
                                   UNITED STATES DISTRICT JUDGE