# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OUTTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DILLEN,<br><br>　　　　　Defendant. | Case No. CV 13-00230 JVS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge and adopts it as its Statement of Undisputed Facts and Conclusions of Law.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) plaintiff's Motion for Summary Judgment is denied; (3) defendant's Motion for Summary Judgment is granted; (4) plaintiff's claims against defendant Dillen in her official capacity are dismissed

///

///

for failure to state a claim; and (5) Judgment shall be entered dismissing the action with prejudice.

DATED: December 23, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE