# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OUTTEN, | Case No. CV 13-00230 JVS (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| A. DILLEN, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Third Amended Complaint, and that the action is dismissed with prejudice.

DATED: December 23, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE